April 10, 1973

No. 73-19 Villamor I. Sarmiento, TN3, U. S. Navy v. The Military Judge, Marcus B. Bergh, The Honorable Members of the Court, per appointing orders No. NSI:JD:rr 5817, Ser 3709, dtd 3 October 1972, as amended, and/or Convening Authority, and/or Supervisory Authority, U. S. Naval Base, Subic Bay, Philippines.

On consideration of the "Petition for Certiorari with Injunction" filed in the above-entitled action, it appearing that petitioner seeks review of rulings of the military judge of the special court-martial to which the Charge against him has been referred for trial, which rulings were made in the course of pretrial proceedings conducted pursuant to Article 39(a), Uniform Code of Military Justice, 10 U.S.C. § 839(a), and are, therefore, preserved for review in the normal course of appellate procedures, and it further appearing that no such extraordinary circumstances are presented warranting the intervention of this Court at the present stage of proceedings, it is, by the Court, this 10th day of April 1973,

ORDERED:

That said petition be, and the same hereby is, dismissed. 28 U.S.C. § 1651(a).

April 3, 1973

No. 73-16 Bruce M. Ashley, 1ST LT, U. S. Air Force v. LT COL Richard F. Gordon, USAF, Military Judge.

On consideration of the "Petition to Stay Proceedings" filed in the above-entitled action, it appearing that no action complained of therein tends to prejudice the power of this Court ultimately to review the record of the pending trial or, upon such review, to grant meaningful relief from any error which may then appear, it is, by the Court, this 3d day of April 1973,

ORDERED:

That said petition be, and the same hereby is, dismissed.

September 5, 1973

No. 27,326 United States v. Willie B. Hodges, PFC, U. S. Army (CM 429052).

Opinion rendered on Certificate on November 23, 1973. 22 USCMA 506, 47 CMR 923.